IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARK EDWARDS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
Petitioner,                          DISPOSITION THEREOF IF FILED

v.                                   CASE NO. 1D15-5374

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed May 4, 2016.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Mark Edwards, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kathryn Lane, Assistant Attorney General,
Tallahassee, for Respondent.

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the

merits.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.